IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.  01-cv-02170-WYD-MJW**

DEON LORENZO LYONS,

Plaintiff,

v.

DR. ROBERT E. WILLIAMS, et al.,

Defendants.

MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

It is hereby ORDERED that the plaintiff's Motion to Proceed In Forma Pauperis (Docket No. 182) and Motion to Compel or Motion to Reopen Settlement or Lawsuit (Docket No. 183) are both denied.  As this court explained in a prior Minute Order issued over four years ago (Docket No. 178), this case was terminated on October 4, 2004, by former District Judge Phillip Figa per the Stipulation (Notice) of Dismissal of Case.  (See Docket Nos. 168 and 169).  This case has been terminated for almost nine years, and the plaintiff has failed to demonstrate in the subject motions (Docket Nos. 182 and 183) any basis in law or fact to grant the relief sought under the facts and circumstances of this case.

Date: August 13, 2013